JASON G. WEINER, ESQ.
Nevada Bar Number 7555
WEINER LAW GROUP, LLC.
2820 W. Charleston Blvd., #35
Las Vegas, Nevada 89102
Tel. No. (702) 202-0500
Fax No. (702) 202-4999
Attorney for Defendant
JAVIER ORTIZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER ORTIZ,<br><br>Defendant. | Case No. 2:18-cr-00043-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between ROBERT KNIEF, Assistant United States Attorney, counsel for the United States of America, and JASON G. WEINER, ESQ., of the law firm of WEINER LAW GROUP, LLC., counsel for JAVIER ORTIZ, that the Sentencing and Disposition scheduled for February 11, 2019 at 11:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time as we are awaiting additional information from law enforcement.

2. The defendant is not incarcerated and does not object to continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials to be provided.

This is the ~~fifth~~ second stipulation to continue filed herein.

DATED this 6th day of February, 2019.

| WEINER LAW GROUP, LLC. | UNITED STATES ATTORNEY'S OFFICE |
|---|---|
| */s/Jason G. Weiner, Esq.* | */s/ Robert Knief* |
| By_____ | By_____ |
| JASON G. WEINER, ESQ. | ROBERT KNIEF |
| Nevada State Bar No. 7555 | Assistant United States Attorney |
| Attorney for the Defendant | Attorney for the Plaintiff |

1  JASON G. WEINER, ESQ.
   Nevada Bar Number 7555
2  WEINER LAW GROUP, LLC.
   2820 W. Charleston Blvd., #35
3  Las Vegas, Nevada 89102
   Tel. No. (702) 202-0500
4  Fax No. (702) 202-4999
   Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 02:18-cr-00043-JAD-CWH |
| Plaintiff, | |
| vs. | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| JAVIER ORTIZ, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time as we are awaiting additional information from law enforcement.

2. The defendant is not incarcerated and does not object to continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials to be provided.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a misarrange of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the Sentencing and Disposition scheduled for February 11, 2019 at 11:00 p.m. be vacated and continued to April 15, 2019, at 11:00 a.m.

DATED this __8th__ day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE