# FILED

## UNDER

# SEAL

NICHOLAS A. TRUTANICH
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Blvd South
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00043-JAD-CWH |
| Plaintiff | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| JAVIER ORTIZ | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

     Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Kelly A. Bowen</u>, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

     Dated this <u>19th</u> day of March, 2019.

                                                NICHOLAS A. TRUTANICH
                                                United States Attorney

                                                By     /S/
                                                    ROBERT KNIEF
                                                    Assistant U.S. Attorney

PS 8  
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. JAVIER ORTIZ                                        Docket No. 2:18-cr-00043-JAD-CWH

Petition for Action on Conditions of Pretrial Release

COMES NOW KELLY A. BOWEN, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant JAVIER ORTIZ, who was placed August 30, 2018 on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer. If the defendant does not have a passport, sign an affidavit certifying he is not issued a passport.
3. The defendant shall not obtain a passport or passport card.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to the Continental U.S.A.
5. The defendant shall maintain residence with ▮▮▮▮▮▮▮▮▮▮▮▮ and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
6. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
7. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
8. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
9. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner, or unless under the direction or supervision of the case agent.
10. The defendant shall refrain from the excessive use of alcohol.
11. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances, unless under the direction or supervision of the case agent.

**Respectfully presenting petition for action of Court and for cause as follows:**

On March 16, 2018, the defendant was arrested by Nevada Highway Patrol on the following charges: Possess with Intent to Sell Schedule I/II Controlled Substance; Possess with Intent to Sell Schedule I, II, III, IV Controlled Substance (2 counts); Driving Under the Influence of Alcohol; Owner Proof of Insurance; Failure to Wear Safety Belt/Shoulder Harness; Stop Lamps Required; and Use/Possess Drug Paraphernalia.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this  19th  day of March, 2019, and ordered filed and made a part of the records in the above case. | Executed on this 19th day of March, 2019. |
| | Respectfully Submitted, |
| _____ | _____ |
| Honorable Jennifer A. Dorsey | Kelly A. Bowen |
| United States District Judge | United States Pretrial Services Officer |
| | Place: Las Vegas, Nevada |