JASON G. WEINER, ESQ.
Nevada Bar Number 7555
WEINER LAW GROUP, LLC.
2820 W. Charleston Blvd., #35
Las Vegas, Nevada 89102
Tel. No. (702) 202-0500
Fax No. (702) 202-4999
Attorney for Defendant
JAVIER ORTIZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAVIER ORTIZ,<br><br>    Defendant. | Case No. 2:18-cr-00043-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between ROBERT KNIEF, Assistant United States Attorney, counsel for the United States of America, and JASON G. WEINER, ESQ., of the law firm of WEINER LAW GROUP, LLC., counsel for JAVIER ORTIZ, that the Sentencing and Disposition scheduled for June 24, 2019 at 10:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time as we are awaiting additional information from law enforcement.

2. The defendant is currently incarcerated in Federal Detention and does not object to continuance

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials to be provided.

This is the fourth stipulation to continue filed herein.

DATED this 20th day of June, 2019.

| WEINER LAW GROUP, LLC. | UNITED STATES ATTORNEY'S OFFICE |
|---|---|
| */s/Jason G. Weiner, Esq.* <br> By_____ <br> JASON G. WEINER, ESQ. <br> Nevada State Bar No. 7555 <br> Attorney for the Defendant | */s/ Robert Knief* <br> By_____ <br> ROBERT KNIEF <br> Assistant United States Attorney <br> Attorney for the Plaintiff |

**WEINER LAW GROUP, LLC**
2820 W. Charleston Blvd. #35
Las Vegas, Nevada 89102
Tel: (702) 202-0500  Fax: (702) 202-4999

JASON G. WEINER, ESQ.
Nevada Bar Number 7555
WEINER LAW GROUP, LLC.
2820 W. Charleston Blvd., #35
Las Vegas, Nevada 89102
Tel. No. (702) 202-0500
Fax No. (702) 202-4999
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER ORTIZ,<br><br>Defendant. | Case No. 02:18-cr-00043-JAD-CWH<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time as we are awaiting additional information from law enforcement.

2. The defendant is currently incarcerated in Federal Detention and does not object to continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials to be provided.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a misarrange of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the Sentencing and Disposition scheduled for June 24, 2019 at 10:30 a.m. be vacated and continued to September 4, 2019, at 2:00 p.m.

DATED this 21st day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE